RECEIVED & FILED

Nov 3 11 51 AM '11

U.S. BA...
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | ) | Case No. BK-S-03-24814 LBR |
|---|---|---|
| Franklin-Waterman Worldwide Inc DBA Franklin Waterman Worldwide Inc | ) ) ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor(s) | ) ) | NOTICE OF UNCLAIMED FUNDS |

TO: Clerk, United States Bankruptcy Court

FROM: William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 3p | Dept of Treasury IRS<br>47050 W Oakey Stop 5028<br>Las Vegas Nv 89102 | | $ 3,608.57 |
| 4p | Franchise Tax Board<br>Po Box 2952<br>Sacramento CA 95812 | | $ 7,896.32 |
| 3 | Dept of Treasury IRS<br>47050 W Oakey Stop 5028<br>Las Vegas Nv 89102 | | $ 143.45 |
| 4 | Franchise Tax Board<br>Po Box 2952<br>Sacramento CA 95812 | | $ 347.65 |
| | Sub-Totals | $ 0.00 | $ 11,995.99 |
| | Total check | | $ 11,995.99 |

Date: October 19, 2011

_____
Trustee William A. Leonard, Jr.

RECEIPT # 205169   # 11,995.99